# MINUTES OF THE BOARD OF DIRECTORS OF

# QUALITY PLUS MEDICAL SERVICES, INC.

On the 10th day of April, 2013, a meeting of the Board of Directors was held. All directors were physically present. Frankie L. Wade acted as Chairman of the meeting.

Following a review and discussion of the financial and business situation and condition of the corporation, a motion was duly made by Frankie L. Wade, seconded and by unanimous vote, the following resolution was carried:

### BE IT RESOLVED:

That it is in the best interests of the corporation and its creditors and other interested parties that a case be filed under the provisions of Chapter 11 of the Bankruptcy Code. That the Board of Directors approves the employment of C. Taylor Crockett, of the law firm of C. Taylor Crockett, P.C., to represent it in the bankruptcy proceeding. That Frankie L. Wade, President, is hereby authorized to execute and all bankruptcy documents required to accomplish the Chapter 11 bankruptcy.

There being no further business to come before the meeting, upon motion duly made and seconded same meeting was duly adjourned.

_____
Frankie L. Wade, President

Dated: 4/10/13

The undersigned, Frankie L. Wade, as President of Quality Plus Medical Services, Inc., hereby certifies that the above resolution is a true and correct copy adopted by the Board of Directors of the corporation on this the 10th day of April, 2013.

_____
Frankie L. Wade, President

Dated: 4/10/13